JOHN MESSENGER, Respondent, *v.* THE MANHATTAN RAILWAY COMPANY et al., Appellants.

(Argued October 7, 1891; decided December 22, 1891.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made February 13, 1891, which affirmed a judgment in favor of

plaintiff entered upon a decision of the court on trial at Special Term.

*Samuel Blythe Rogers* for appellants.

*Lewis L. Delafield* for respondent.

Agree to reverse and order new trial on authority of *Roberts* v. *N. Y. E. R. R. Co.* (128 N. Y. 455); no opinion.
All concur.
Judgment reversed. ———————